# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3813
_____

TYLER CLAYTON HALE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

October 5, 2018

PER CURIAM.

DISMISSED.

WOLF, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tyler Clayton Hale, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.